# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140842 (56)

_____

In re LENA ANNE BECK and AVERY JOEL
BECK, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
       Petitioner-Appellee,

v

LAWRENCE MICHAEL BECK,
       Respondent-Appellant.

_____

SC: 140842
COA: 293138
Oakland CC Fam Div:
    07-733751-NA

     On order of Chief Justice, the motion by appellee for extension to September 3, 2010 of the time for filing its brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2010

_____
Clerk